IN RE TRUMBULL COUNTY CHILDREN
SERVICES BOARD ET AL.

(No. 85-CV-1311 — Decided
July 23, 1986.)

Court of Common Pleas of
Trumbull County.

*William R. Biviano,* for plaintiffs
Trumbull County Children Services
Board and Craig H. Neuman, Executive Director.

*Irene K. Makridis,* for intervenors.

NADER, J. This matter came on for
hearing on the request of the Trumbull
County Children Services Board to
render a declaratory judgment resolving what it perceives as a potential conflict in its duties in complying with
R.C. Chapters 1347 and 5153. Upon
consideration of the pleadings herein
and memoranda of law submitted, this
court is of the opinion that no conflict
exists between these chapters of law
which provide for the right of an individual to inspect kept records containing personal information on that
individual and the obligation of county
children services boards to keep investigatory records in confidence.

This court believes this issue has
been adequately determined in this jurisdiction by *Davis* v. *Trumbull Cty.
Children Serv. Bd.* (1985), 24 Ohio
App. 3d 180, 24 OBR 270, 493 N.E. 2d
1011, wherein that court in a unanimous decision pointed out to this
complainant that reasonable access
must be given to the files of the
children services board. In that opinion
the court excerpted these directive
words of R.C. 5153.17: "Such records
* * * shall be open to inspection * * *
by other persons, upon the written permission of the executive secretary."

It clearly appears that a commonsense reading of these chapters imposes upon the keeper of the records
an obligation to provide reasonable access for inspection by an involved party. The executive secretary is directed
by statute to grant permission for good
cause, considering the directive
of confidentiality but favoring a constitutional preference to openness.

If the executive secretary would
conclude that permission should be
withheld because of irrelevance, privilege or sensitivity of the material requested, he should so direct and any
unresolved conflict upon such request
should be determined by a court of
competent jurisdiction, as suggested in
R.C. 1347.10(B).

*Judgment accordingly.*